FILED
DISTRICT CLERK OF
JEFFERSON CO TEXAS
2/26/2021 2:42 PM
JAMIE SMITH
DISTRICT CLERK
B-207204

NO. B207204

| | | |
|---|---|---|
| MATHILDA HERNANDEZ | § | IN THE DISTRICT COURT |
| | § | |
| V, | § | 60th JUDICIAL DISTRICT |
| | § | |
| WAL-MART STORES, INC. and | § | |
| WAL-MART STORES TEXAS, LLC | § | JEFFERSON COUNTY, TEXAS |

## PLAINTIFFS ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, MATHILDA HERNANDEZ, hereinafter referred to as "Plaintiff", by and through their attorney DANIEL WESLEY BALDREE and files this his Original Petition of the Premises Liabilty, and Negligence against WAL-MART STORES, INC. and WAL-MART STORES TEXAS, LLC, hereinafter referred to as "Defendant" and would show the following:

**1.00 PARTIES**

1.01 Plaintiff, MATHILDA HERNANDEZ, is a resident of the State of Texas, she is represented by DANIEL W. BALDREE.

1.02 Upon information and belief, Defendant Wal-Mart Stores, Inc. is a Delaware corporation with its principal place of business at 702 SW 8th Street, Bentonville, Arkansas 72716. Wal Mart Stores is registered to do business in Texas and it may be served with process by delivering a summons and a true and correct copy of this Complaint to its registered agent for receipt of service of process, CT Corporation System at 1999 Bryan St, Dallas, Texas 75201.

**2.00 JURISDICTION & VENUE**

2.01 The amount in controversy is within the jurisdictional limits of this Court.

2.02 Jefferson County is the proper venue for this action pursuant to the Texas Civil Practice and Remedies Code, Section 15.002(a)(1), *et seq.*, because all or substantial part of the events or omissions giving rise to this lawsuit occurred in this county. In addition Defendant is a foreign corporation, who

Page 1

Exhibit A

has conducted business in this state and county and has established minimum contacts. Section 17.042 of the Civil Practice and Remedies Code states that "[i]n addition to other acts that may constitute doing business, a nonresident does business in this state if the nonresident Contracts by mail or otherwise with a Texas resident and either party is to perform the contract in whole or in part in this state; Commits a tort in whole or in part in this state; or Recruits Texas residents, directly or through an intermediary located in this state, for employment inside or outside this state.

**3.00 STATEMENT OF FACTS**

3.01 Plaintiff brings this cause of action to recover damages sustained as a direct and proximate result of Defendant's actions of of Premises Liability and Negligence.

3.02 On March, 6, 2019, Plaintiff was shopping at the Wal Mart located at 4999 Twin City, Port Arthur Texas 77642.

3.03 Near the entrance and due to negligence on part of defendant, pallets and/or boxes were left out in the walkway causing Plaintiff to slip and fall.

3.04 Plaintiff was taken by ambulance to Christus St. Mary's hospital were she was treated for her injuries.

**4.00 PREMISES LIABILTY**

4.01 In premises-liability cases, the "existence of a legal duty" element is essentially split into four parts: (1) plaintiff was an invitee; (2) defendant exercised control over the premises; (3) a dangerous premises condition existed; and (4) defendant had actual or constructive knowledge of the dangerous condition. *See, Corbin v. Safeway Stores*, 648 S.W.2d 292, 295-96 (Tex.1983).With respect to existing defects, an owner or occupier has a duty to inspect the premises and warn of concealed hazards the owner knows or should have known about." Id. (quoting Shell Oil Co. v. Khan, 138 S.W.3d 288, 295 (Tex. 2004).

Exhibit A

4.02   Here plaintiff was a customer and invitee who was shopping at a store completely in control of the defendant. Defendant allowed a dangerous condition in discarded material in walkways and had constructive or actual knowledge of its existence.

## 5.00 NEGLIGENCE

5.01   A negligence cause of action has three elements: (1) a legal duty owed by one person to another, (2) a breach of that duty, and (3) damages proximately caused by the breach. *D. Houston, Inc. v. Love*, 92 S.W.3d 450, 454 (Tex. 2002)

5.02   Defendants had a duty to an invitee customer to keep the premises free from dangerous and foreseeable conditions. Defendant breached that duty by leaving discard pallets and/or boxes in the entrance walkway. This breach caused damages to the plaintiff.

## 6.00   DAMAGES

6.01 As a direct and proximate result of the negligent acts and/or omissions of Defendant, Plaintiffs have suffered substantial damages for which they seek recovery from Defendants:

Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiffs for the necessary care and treatment of the injuries of Plaintiffs received as a result of the accident complained of herein and such charges were reasonable and were usual and customary charges for such services;

1. Reasonable and necessary medical care and expenses which will, in all reasonable probability, be incurred in the future;

2. Physical pain and suffering in the past;

3. Physical pain and suffering in the future;

4. Physical impairment in the past;

5. Physical impairment which, in all reasonable probability, will be suffered in the future;

6. Loss of earnings in the past;

Exhibit A

7. Loss of earning capacity which will, in all reasonable probability, be incurred in the future;

8. Disfigurement in the past;

9. Disfigurment in the future;

10. Mental anguish in the past;

11. Mental anguish in the future;

12. Cost of monitoring and prevention in the future;

13. Punitive damages.

## 7.00 PRAYER

**WHEREFORE, PREMISES CONSIDRED,** Plaintiff respectfully prays that Defendant be cited to appear and answer herein, and that upon final hearing hereof, recover a judgment over and against the Defendant for the damages as pled herein in amounts the jury determines to be fair and reasonable, and for such other and further relief, at law and equity, to which the Plaintiff may show herself justly entitled.

Respectfully Submitted

THE LAW OFFICE OF DANIEL W. BALDREE, PLLC
1230 Hwy 96 S. Suite A
Silsbee, TX 77656
Tel: (713) 446-1383
Fax: (409) 419-1058

/S/Daniel Baldree
DANIEL W. BALDREE
State Bar No. 24078183
baldreelawfirm@gmail.com
Attorney for Plaintiff

Exhibit A