| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

MATHILDA HERNANDEZ, §
§
      Plaintiff, §
§
versus §   CIVIL ACTION 1:21-CV-141
§
WALMART STORES, INC. and §
WALMART STORES TEXAS, LLC, §
§
      Defendants. §

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal With Prejudice (#11), filed January 10, 2021, this action is dismissed in its entirety, with prejudice. Each party shall bear its own costs of court and attorney's fees.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 11th day of January, 2022.

                                                MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE